IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NYDIA E. FROUKH,<br><br>                Plaintiff<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant | CIVIL ACTION<br><br>NO. 18-3501 |

## **ORDER**

AND NOW, this 13 day of Nov, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 11) filed January 8, 2019; Defendant's Response to Request for Review of Plaintiff (ECF No. 16) filed May 21, 2019; and Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (ECF No. 30) filed May 30, 2019; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 30, 2019, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is GRANTED in part as described below; and

3. the case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation.

BY THE COURT:

_____
BERLE M. SCHILLER, J.